J-A14021-14

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| | |
|---|---|
| SOPHIA KUNDRATIC, | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| Appellant | |
| v. | |
| ANDREW KUNDRATIC, | |
| Appellee | No. 1999 MDA 2013 |

Appeal from the Order Entered October 2, 2013
In the Court of Common Pleas of Luzerne County
Domestic Relations at No(s): 946-2006
PACSES #832108302

BEFORE:  FORD ELLIOTT, P.J.E., OLSON and STRASSBURGER,* JJ.

JUDGMENT ORDER BY OLSON, J.:          **FILED SEPTEMBER 08, 2014**

Appellant, Sophia Kundratic, appeals from the order entered on October 2, 2013, dismissing her contempt petition filed against Andrew Kundratic (hereinafter "Mr. Kundratic"), "with the express condition that [Mr. Kundratic] pay the arrearages as of February 1, 2013 to [Appellant] in the amount of $11,295.99 within the next 90 days."  Trial Court Order, 2/1/13, at 1.

On appeal, Appellant challenges the trial court's factual findings and legal conclusions, which were rendered following an August 7, 2013 contempt hearing.  Appellant has not included the transcript of the August 7, 2013 hearing in the certified record.  Therefore, Appellant's claims on appeal are waived.  ***Commonwealth v. Saranchak***, 675 A.2d 268, 275 (Pa. 1996) ("[i]t is appellant's responsibility to ensure that any relevant related matter

_____
* Retired Senior Judge assigned to the Superior Court.

be filed or made part of the original record" and, where appellant fails to ensure that the certified record is sufficient to review the claims raised on appeal, the claims are waived); ***Commonwealth v. Kennedy***, 868 A.2d 582, 593 (Pa. Super. 2005) ("this Court may not consider anything that is not part of the official certified record: [a]ny document which is not part of the official certified record is considered to be non-existent, which deficiency may not be remedied by inclusion in the reproduced record") (internal quotations and citations omitted).

Order affirmed.

Judgment Entered.

Joseph D. Seletyn, Esq.
Prothonotary

Date: 9/8/2014